GEORGE CLARK, PLAINTIFF-APPELLANT, v. HUDSON AND MANHATTAN RAILROAD COMPANY ET AL., DEFEND-ANTS-RESPONDENTS.

Argued June 21, 1916—Decided November 20, 1916.

On appeal from the Supreme Court.

For the appellant, *Alexander Simpson.*

For the respondent Hudson and Manhattan Railroad Company, *Collins & Corbin.*

For the respondent Pennsylvania Railroad Company, *Vredenburgh, Wall & Carey.*

PER CURIAM.

The trial court on a second trial directed a verdict for defendants.

The only ground of appeal assigned is that the court directed a judgment of nonsuit. But the printed book before us shows that the court refused to nonsuit.

The argument of appellant is that the court erred in directing a verdict for defendants. But if this were properly before us as a ground of appeal, the answer is, that there was no exception taken to this action of the trial court; and without such exception, its ruling is not subject to review. *Kargman v. Carlo,* 85 *N. J. L.* 632.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, WILLIAMS, TAYLOR, GARDNER, JJ. 13.

*For reversal*—None.